957 A.2d 229

**Byung Suk CHOI and Sun Hee Kim, Respondents**

v.

**Reverend Chung Do KIM and Nest Presbyterian Church, Petitioners.**

**No. 85 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 24, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2008, the Petition for Allowance of Appeal, treated as a Application for Relief, is **DENIED.**

957 A.2d 229

**Sam SOTO, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 72 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 24, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**